# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

ELISHA RIGGLEMAN,

        Petitioner,

v.                            CIVIL ACTION NO.  5:19-cv-00155
                                    (Criminal No. 5:11-cr-00124)

UNITED STATES OF AMERICA,

        Respondent.

## JUDGMENT ORDER

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Petitioner's 28 U.S.C. § 2255 motion, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                              ENTER:        August 12, 2019

                              IRENE C. BERGER
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF WEST VIRGINIA